James Alfred **MILLER**, Jr., Plaintiff–Appellant,

v.

**UNITED STATES**, Defendant–Appellee.

No. 2006–5071.

United States Court of Appeals, Federal Circuit.

May 17, 2006.

James Alfred Miller, Jr., pro se.

*ORDER*

Appellant having paid the initial filing fee in the United States Court of Federal Claims,

IT IS ORDERED THAT:

(1) The order of dismissal issued May 4, 2006 is vacated, the mandate recalled, and the notice of appeal is reinstated.

(2) Appellant's brief is due within 21 days from the date of filing of this order.